Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:1-CR-00045-1 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Special Assistant U.S. Attorney, and respectfully requests the Court dismiss the indictment against defendant Joshua Granderson pursuant to the Federal Rules of Criminal Procedure Rule 48(a). In support of this motion, the government submits that its Motion to Dismiss Appeal (see attachment) was granted by the Sixth Circuit Court of Appeals on June 28, 2012.

                    Respectfully submitted,
                    JERRY E. MARTIN
                    United States Attorney for the
                    Middle District of Tennessee

                    *s/ Clay T. Lee*
                    CLAY T. LEE
                    Special Assistant United States Attorney
                    110 9th Avenue South, Suite A-961
                    Nashville, TN 37203
                    615-736-5151